**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-09-612 |
| | § | |
| | § | |
| | § | |
| ABEL CRUZ-GARCIA | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing and extension of the objections deadline, (Docket Entry No. 20). The  motion for continuance is GRANTED.  The sentencing hearing is reset to **May 27, 2010, at 9:30 a.m.** Objections to the presentence report are due by May 10, 2010.

SIGNED on April 12, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge